TRAVELERS INSURANCE COMPANY, Appellant,

v.

J. E. STURROCK, Appellee.

No. 3873.

Court of Civil Appeals of Texas.

Waco.

May 19, 1961.

Baker, Botts, Andrews & Shepherd, Walter E. Workman, Houston, for appellant.

Brown, Bates, Brock & Morgan, David Nagle, Houston, for appellee.

McDONALD, Chief Justice.

This is a compensation case. The Trial Court overruled motion for a new trial, but thereafter, within 30 days after overruling such motion for a new trial, granted plaintiff new trial in the case. Defendant appealed. While such appeal was pending the parties submitted a joint motion for a remand of the cause to the District Court. Such motion is granted; appeal is dismissed, and the cause is remanded to the 113th District Court of Harris County for further proceedings.

Dismissed.